

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Darrel Blake, Sr.,                              * From the County Court at Law
                                                        of Brown County
                                                        Trial Court No. DV1707137.

Vs.  No. 11-17-00363-CV                    * January 19, 2018

Brenda Carol Blake,                         * Per Curiam Memorandum Opinion
                                                        (Panel consists of: Willson, J.,
                                                        Bailey, J., and Wright, S.C.J.,
                                                        sitting by assignment)

This court has considered Appellant's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring the same.